# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, ex rel., JOHN D. DOAK, INSURANCE COMMISSIONER, AS RECEIVER FOR DRIVER'S INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-16-224-C (On removal from Oklahoma County District Court, Case No. CJ-2016-780) |
| EISNERAMPER LLP, successor to AMPER, POLITZNER & MATTIA, LLP, | ) ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action file this Stipulation of Dismissal with Prejudice and hereby stipulate to dismissal of this action in its entirety, and to the dismissal of all claims, counterclaims and defenses asserted therein, with prejudice to refiling the same, each party to bear its own costs and all parties hereby waiving all rights of appeal.

s/Stephen Jones
Stephen Jones, OBA#4805
April McCurdy Davis, OBA#17854
Jamie Bloyd, OBA#30989
JONES, OTJEN, DAVIS & BLOYD
P.O. Box 472
Enid, OK 73702-0472
Telephone: (580) 242-5500
Facsimile: (580) 242-4556
Email: **adavis@stephenjoneslaw.com**

*Attorneys for Plaintiff*

1

        s/Phillip G. Whaley
Phillip G. Whaley, OBA#13371
Daniel G. Webber, Jr., OBA#16332
RYAN WHALEY COLDIRON JANTZEN PETERS
 & WEBBER PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK  73102
Telephone:  (405) 239-6040
Facsimile:  (405) 239-6766
Email:  **pwhaley@ryanwhaley.com**

Bruce R. Braun (*Admitted Pro Hac Vice*)
Kendra L. Stead (*Admitted Pro Hac Vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone: (312) 853-7050
Email:  **bbraun@sidley.com**

*Attorneys for Defendant,*
*EisnerAmper LLP*

2